UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHOTON INFOTECH, INC.,

                       Plaintiff,

         -against-

FORTUITY CORPS LLC,

                      Defendant.
------------------------------------------------------------X

23-CV-02796 (AS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the close of fact discovery on October 4, 2023, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     New York, New York
                 October 4, 2023