UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOTON INFOTECH INC., <br><br>                           Plaintiff, <br><br> -against- <br><br> FORTUITY CORPS LLC, <br><br>                          Defendant. | 23-CV-2796 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

Before this case was reassigned, Judge Torres had scheduled a case management conference for October 24, 2023. That conference has been canceled. *See* Dkt. 29. As discussed at the October 13th conference, defense counsel is to submit a letter informing the court whether defendant will consent to default judgment. No letter has yet been filed. Defense counsel should submit a letter by Friday, October 27, 2023. In addition, a status conference will be held November 1, 2023, at 10:30 AM. The parties should dial-in by calling +1 646-453-4442,,936934767#.

The parties should file a letter motion requesting that the conference be adjourned or canceled by October 31, 2023, if they think the conference is unnecessary.

SO ORDERED.

Dated: October 24, 2023
       New York, New York

                                                     ARUN SUBRAMANIAN
                                                   United States District Judge