

**MICHAEL P. PAPPAS LAW FIRM, P.C.**

New York • New Jersey • California

October 25, 2023

The request for an adjournment is granted. The status conference will now take place on November 3, 2023, at 10 AM. The Clerk of Court is directed to terminate the motion at Dkt. 31.

**VIA ECF**

SO ORDERED.

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

Arun Subramanian, U.S.D.J.
Date: October 25, 2023

Re:      ***Photon Infotech v. Fortuity Corps LLC* - Case No. 1:23-cv-02796-AS-SN**

Dear Judge Subramanian:

We represent the plaintiff, Photon Infotech. Your Honor has scheduled a status conference for November 1, 2023 at 10:30 p.m. Unfortunately, I have a previously-scheduled in-person pretrial conference at 11:00 a.m. in Queens that day (see attached notice), and will be on my way to Queens County Supreme Court at 10:30 a.m. Therefore, I respectfully request that the teleconference be rescheduled to another day.

I apologize for again asking the Court to reschedule a conference.

Thank you for your consideration.

MPP/mp

Respectfully submitted,

*s/Michael P. Pappas*

Michael P. Pappas

cc:      Counsel for all Parties (via ECF)