UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOTON INFOTECH INC.,

               Plaintiff,

-against-

FORTUITY CORPS LLC,

               Defendant.

23-CV-2796 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On October 10, 2023, counsel for Fortuity Corps LLC, Patrick Papalia, filed a motion to withdraw as Defendant's counsel. *See* Dkt. 22.

    Any opposition to the motion to withdraw shall be filed by **November 8, 2023**; any reply shall be filed by **November 15, 2023**. Unless and until the Court grants the motion, Patrick Papalia remains counsel of record, and discovery shall proceed as scheduled. If Defendant has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

    Defense counsel shall make sure that a copy of this order is served upon Fortuity by Monday, October 30, 2023 and shall file an affidavit confirming service by Tuesday, October 31, 2023.

    SO ORDERED.

Dated: October 27, 2023
       New York, New York

                                         ARUN SUBRAMANIAN
                                         United States District Judge