UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHOTON INFOTECH INC.,

            Plaintiff,

-against-

FORTUITY CORPS LLC,

            Defendant.

23-CV-2796 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at today's conference, Fortuity Corps LLC **must have an attorney enter an appearance on its behalf by December 13, 2023**. If no attorney enters an appearance, Photon will be permitted to pursue a certificate of default. If an attorney does enter an appearance, the parties should meet and confer and propose a case management plan for this case by December 20, 2023, with a close of discovery no later than April 2024.

    SO ORDERED.

Dated: December 6, 2023
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge