UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOTON INFOTECH INC.,

                Plaintiff,

-against-

FORTUITY CORPS LLC,

                Defendant.

23-CV-2796 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Per this Court's December 6th Order, Dkt. 42, Fortuity Corps LLC was required to have an attorney enter an appearance on its behalf by December 13, 2023. No attorney has done so. As such, plaintiff may submit a certificate of default.

SO ORDERED.

Dated: December 14, 2023
        New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge